# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                          **CRIMINAL ACTION NO. 3:08CR040-P-A**

**MATTHEW LOVELACE, ET AL.,**                                     **DEFENDANTS.**

## ORDER CONTINUING TRIAL AS TO ALL DEFENDANTS

This matter comes before the court upon Defendant Matthew Lovelace's Motion for Continuance [50]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for June 30, 2008. Defense counsel requests a continuance to afford more time to meet with the defendant, complete inspection of discovery material, prepare any necessary pretrial motions, and to engage in plea negotiations. Counsel also avers that Defendant Lovelace is scheduled to begin drug treatment on June 16, 2008.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from June 30, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [50] is **GRANTED**;

(2) Trial of this matter is continued **as to all defendants** until Monday, August 18, 2008 at

1

9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from June 30, 2008 to August 18, 2008 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is July 28, 2008; and

(5) The deadline for submitting a plea agreement is August 4, 2008.

**SO ORDERED** this the 17th day of June, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE